# *IN THE SUPREME COURT, STATE OF WYOMING*

## 2023 WY 44

*April Term, A.D. 2023*

_____

**May 10, 2023**

DONALD EDWARD JENEROU,

**Appellant**
**(Defendant),**

**v.**                                                               S-22-0306

THE STATE OF WYOMING,

**Appellee**
**(Plaintiff).**

## ORDER AFFIRMING THE DISTRICT COURT'S JUDGMENT AND SENTENCE

[¶1]    **This matter** came before the Court upon its own motion following notification that Appellant has not filed a *pro se* brief within the time allotted by this Court. Pursuant to a plea agreement, Appellant entered unconditional guilty pleas to one count of burglary and one count of felony theft. Wyo. Stat. Ann. § 6-3-301 and § 6-3-402. The district court imposed sentences of eight to ten years, to be served consecutively. Appellant filed this appeal to challenge the district court's October 13, 2022, Judgment Upon Pleas of Guilty and Sentence.

[¶2]    On March 1, 2023, Appellant's court-appointed appellate counsel e-filed a Motion to Withdraw as Counsel, pursuant to *Anders v. California*, 386 U.S. 738, 744, 87 S.Ct. 1396, 1400, 18 L.Ed.2d 493 (1967). This Court subsequently entered an Order Granting Motion for Extension of Time to File *Pro Se* Brief. This Court ordered that, on or before April 24, 2023, Appellant was permitted to file with this Court a *pro se* brief specifying the issues he would like the Court to consider in this appeal. This Court also provided notice that, after the time for filing a *pro se* brief expired, this Court would make its ruling on counsel's motion to withdraw and, if appropriate, make a final decision on this appeal. Appellant did not file a *pro se* brief or other pleading in the time allotted.

[¶3]    Now, following a careful review of the record and the *Anders* brief submitted by appellate counsel, this Court finds appellate counsel's motion to withdraw should be granted and the district court's Judgment Upon Pleas of Guilty and Sentence should be affirmed. It is, therefore,

[¶4]    **ORDERED** that the Wyoming Public Defender's Office, court-appointed counsel for Appellant Donald Edward Jenerou, is hereby permitted to withdraw as counsel of record for Appellant; and it is further

[¶5]    **ORDERED** that the Weston County District Court's October 13, 2022, Judgment Upon Pleas of Guilty and Sentence be, and the same hereby is, affirmed.

[¶6]    **DATED** this 10th day of May, 2023.

BY THE COURT:

/s/

**KATE M. FOX**
**Chief Justice**